OPINION — AG — A LICENSED PRACTICAL NURSE CAN WEAR ANY TYPE OF " CAP ", SO LONG AS THE SAME DOES NOT INDICATE THAT SHE IS A REGISTERED NURSE, WHICH WOULD DEPEND UPON THE CIRCUMSTANCES IN EACH PARTICULAR CASE. THE AG CONCLUDES THAT " THE OMMISSION OF THE WORD ' CAP ' IN REFERRING TO LICENSED PRACTICAL NURSE " DOES NOT " MEAN THAT THEY MAY NOT LEGALLY WEAR A CAP ". (HAT — HEAD — UNIFORM) CITE: 59 O.S. 567.5 [59-567.5] (J. H. JOHNSON)